UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Myria Petrou et al.,

    Plaintiffs,

v.                                            Civil Case No. 17-14201

The Bank of Ann Arbor, et al.,            Sean F. Cox
                                                              United States District Court Judge

    Defendants.
_____/

## ORDER DECLINING TO EXERCISE SUPPLEMENTAL JURISDICTION OVER PLAINTIFFS' STATE-LAW CLAIMS

Plaintiff filed this action in federal court on December 28, 2017 (Doc. # 1). The Complaint is 319 pages, accompanied by 385 pages worth of exhibits, and contains 45 counts. Of these, only five purport to raise federal claims. Plaintiffs ask the Court to exercise supplemental jurisdiction over their remaining 39 state-law claims.

A district court may decline to exercise supplemental jurisdiction over a claim where "the claim substantially predominates over the claim or claims over which the district court has original jurisdiction." 28 U.S.C. § 1367(c)(2). Having reviewed the multitude of state-law claims in the voluminous complaint, the Court concludes that those state-law claims predominate. The Court also finds that there is a substantial potential for jury confusion in this case if Plaintiffs' federal claims were presented to a jury along with Plaintiffs' state-law claims. The potential for jury confusion is yet another reasons for this Court to decline to exercise supplemental jurisdiction over the state-law claims. *United Mine Workers v. Gibbs*, 383 U.S.

1

715, 727 (1966); 28 U.S.C. § 1367(c)(4).

Accordingly, **IT IS ORDERED** that the Court **DECLINES TO EXERCISE SUPPLEMENTAL JURISDICTION** over Plaintiffs' state-law claims. The Court shall retain jurisdiction over the federal claims raised in Counts III, IV, V, XXXXIV, and XXXXV. All of the other claims in the Complaint are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that, pursuant to the Court's practice guidelines, Plaintiffs **SHALL SUBMIT A RICO CASE STATEMENT** regarding the RICO claims raised in Counts III, IV, and V of the Complaint. The RICO case statement **SHALL** be submitted to the Court no later than February 15, 2018. Plaintiffs are cautioned that **FAILURE TO TIMELY FILE** this statement would result in the **DISMISSAL OF COUNTS III, IV, AND V** of the Complaint.

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: January 25, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 25, 2018, by electronic and/or ordinary mail.

s/Jennifer McCoy
Case Manager